UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Kimberly D. Lathrop,

                              Plaintiff.

          -v-

Oscar C. Detuya, III,

                              Defendant.

Case No.07-cv-3181 (KMK)

ORDER SETTING
PRE- MOTION CONFERENCE

KENNETH M. KARAS, District Judge:

        The Court hereby ORDERS that the parties appear for a pre-motion

conference in this case. The conference shall be held on Friday, October 5, 2007, at 10:30 a.m. in

the United States Courthouse for the Southern District of New York, Courtroom 521, 300

Quarropas Street, White Plains, New York.

SO ORDERED.

Dated:        September 12, 2007
              White Plains, New York

                              KENNETH M. KARAS
                              UNITED STATES DISTRICT JUDGE