UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
KIMBERLY D. LATHROP,

                                        Plaintiff,

            -against-

OSCAR C. DETUYA, III,

                                        Defendant.
----------------------------------------------------------------x

**Docket No.:07 CV 3181**
(WP4) (MDF)

**RULE 34 ITEMS &
DOCUMENT REQUEST**

      PLEASE TAKE NOTICE that, pursuant to Rule 34 of the Federal Rules of Civil Procedure, the plaintiff KIMBERLY D. LATHROP, by her attorneys, MARVIN A COOPER, P.C., hereby demands that the defendant OSCAR C. DETUYA, III, produce the following items and documents for discovery, inspection and reproduction at the offices of the undersigned on November 8, 2007.

### ITEMS & DOCUMENTS REQUESTED

      Duplicate color copies of any and all color photographs of the defendant's truck/vehicle as taken by the defendant, Oscar C. DeTuya, III as testified to by Mr. DeTuya, during his deposition on October 1, 2007.

Dated: October 9, 2007
       White Plains, NY

                                                          MARVIN A. COOPER, P.C.

                                                          S/ William H. Cooper (#9613)

William H. Cooper, Esq.
*Attorneys for Plaintiff LATHROP*
175 Main Street, Suite 706
White Plains, New York 10601
(914) 428-9200


To:  John W. Kondulis, Esq.
c/o JAMES G. BILLEO & ASSOCIATES
*Attorneys for Defendant OSCAR C. DETUYA, III*
875 Merrick Avenue
Westbury, New York 11590
(516) 229-4312