**MEMO ENDORSED**

MARVIN A. COOPER, P.C.
ATTORNEYS AT LAW

MARVIN A. COOPER (1931-2005)
WILLIAM H. COOPER
ANIESKA J. GARCIA

175 MAIN STREET - SUITE 706
WHITE PLAINS, NEW YORK 10601
(914) 428-9200
FAX (914) 428-4126

MOUNT VERNON TELEPHONE
(914) 664-0012

BRONX TELEPHONE
(718) 405-2700

November 29, 2007



**VIA REGULAR MAIL & FAX**
Attn: Honorable Justice Mark Fox
United States District Court
Southern District NY
300 Quarropas Street, Courtroom 421, 4th floor.
White Plains, NY 10601

　　　　　　　Re:　Lathrop v. Detuya
　　　　　　　　　Docket #: 07 CIV 3181 (KMK)(MDF)
　　　　　　　　　Case Status → Settled

Dear Honorable Justice Fox:

　　My office represents the plaintiff Kimberly D. Lathrop in the above-captioned matter for personal injuries which Ms. Lathrop sustained as the result of an automobile collision which occurred on May 15, 2006 in Harrison, New York. We would like to take this opportunity to inform the court that the two parties have recently reached a settlement in this matter.

　　Thank you in advance for your attention to this matter. Should you have any questions, please feel free to contact our office.

　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　William H. Cooper

WHC/bac
cc: John W. Kondulis, Esq.

11/30/07 So Ordered – Close Case

MARK D. FOX
United States Magistrate Judge
Southern District of New York